Charles Borin, Trading as American Machine Works, Appellee, v. National Metal Products Corporation, Appellant.

Gen. No. 43,729.

opinion filed June 10, 1946; released for publication July 1, 1946. Adams, Moses & Culver, for appellant; Charles G. Culver, of counsel; Freed & Green, for appellee; Philip E. Freed and Jules R. Green, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.